

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| In the Interest of A. R. C., M. A. C. and H. M. C., Children, | § | No. 08-17-00220-CV |
| | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2016DCM6626) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's first motion for extension of time to file the brief until **January 10, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT. It is further ORDERED that the Hon. Mark G. Briggs, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **January 10, 2018.** If Appellant's brief is not filed with this Court by January 10, 2018, this Court will find it necessary to order the trial court to conduct a hearing to determine why Appellant's brief has not been filed. Further, the parties and counsel are directed to comply with the Court's order, issued on October 12, 2017, requiring the parties to refer to the children and the parents by their initials.

IT IS SO ORDERED this 7th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.